**JS6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORA GUZMAN previously known as DEBORA WHITE,<br><br>      Plaintiff,<br><br>     vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>      Defendants. | Case No. 8:22-cv-01092-DOC-DFM<br><br>District Judge: David O. Carter<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff DEBORA GUZMAN previously known as DEBORA WHITE ("Plaintiff") accepted FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 14, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $171,279.36 pursuant to the terms of the Rule 68 Offer.

     **IT IS SO ORDERED.**

Date:  _____January 19, 2024_____

_____
Hon. David O. Carter
District Judge

**JUDGMENT**